IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>ONE 1998 JAGUAR XJ8,<br>VIN: SAJKX6242WC825361 and ONE 2005<br>YAMAHA EXUP, VIN: JYARN13E95A014353,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 06 217S<br><br>C.A. NO. |

WARRANT OF ARREST AND NOTICE IN REM

To: The United States Marshal for the District of Rhode Island or any of his deputies:

WHEREAS, a Complaint for Forfeiture in Rem as above styled was filed on the 9th day of May 2006, by the United States Attorney for the District of Rhode Island against the defendant vehicles and for the reasons and causes mentioned in the Complaint for Forfeiture in Rem;

NOW, THEREFORE, for the aforementioned reasons and causes, you are hereby commanded to arrest, attach, and retain the above described property until the further order of this Court respecting the same, to give due notice by personal service to all persons claiming the same, knowing or having anything to say why the same should not be condemned and disposed of pursuant to the prayer of the complaint; that they must file their claim with the Clerk of this Court within thirty (30) days after the execution of this process or within such additional time as may