**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5017

August 2, 2006

Postmaster
Stoughton, MA 02072

Dear Sir or Madam:

Please furnish this agency with the new address, if available, for the following individual or verify whether or not the address given below is one at which mail for this individual is currently being delivered. If the following address is a post office box, please furnish the street address as recorded on the boxholder's application form.

NAME: Lori Pierce
LAST KNOWN ADDRESS: 360 Pleasant Street
Stoughton, MA 02072

I certify that the address information for this individual is required for the performance of this agency's official duties.

Very truly yours,

ROBERT CLARK CORRENTE
United States Attorney

SANDRA L. MASCOLA
Paralegal Specialist

---

**FOR POST OFFICE USE ONLY**

( ) Mail is delivered to address given.
( ) Not known at address given.
(X) Moved, left no forwarding address.
( ) Mail being held until ___________.
( ) No such address.
( ) Other: (Specify) ____________________

**NEW ADDRESS:**

**BOXHOLDER'S STREET ADDRESS:**

**PLEASE AFFIX POSTMARK/DATE STAMP TO THIS PORTION OF THE LETTER BEFORE RETURNING SAME.**

EXHIBIT B