IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>ONE 1998 JAGUAR XJ8<br>VIN: SAJKX624WC825361 and<br>ONE 2005 YAMAHA, EXUP,<br>VIN: JYARN13E95A014353,<br>Defendants | C.A. NO. 06-217$T |

MOTION FOR SERVICE BY PUBLICATION

Now comes the plaintiff, the United States of America, by and through its attorneys, and moves that Lori Pierce be served by publication for the reasons set forth in the accompanying memorandum. The plaintiff further requests that the published notice required by Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims constitute said service by publication on Lori Pierce.

Respectfully Submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI
Assistant U.S. Attorney

GRANTED The government is directed to serve notice on attorney Maurice Caron, Jr.

Ernest C. Torres
Chief, US District Judge
9/19/06

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2006, I electronically filed the within Motion for Service by Publication and supporting memorandum with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System.

On the same date, I caused a copy of the same to be forwarded, by regular mail, to:

Maurice Caron, Jr., Esq.
454 Broadway
Providence, RI 02909

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI
Assistant U.S. Attorney