IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>ONE 1998 JAGUAR XJ8<br>VIN: SAJKX624WC825361 and<br>ONE 2005 YAMAHA, EXUP,<br>VIN: JYARN13E95A014353,<br>Defendants | C.A. NO. 06-217T |

REQUEST FOR ENTRY OF DEFAULT

Now comes the United States of America, by and through its attorneys, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and requests the clerk to enter a default against Lori Pierce for the reasons set forth in the attached affidavit.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2006, I electronically filed the within Request for Entry of Default and supporting affidavit with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System.

On the same date, I caused a copy of the foregoing Request for Entry of Default and supporting affidavit to be forwarded, by regular mail, to:

Maurice Caron, Jr., Esq.
454 Broadway
Providence, RI 02903

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI
Assistant U.S. Attorney