IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | C.A. NO. 06-217T |
| ONE 1998 JAGUAR XJ8 VIN: SAJKX624WC825361 and ONE 2005 YAMAHA, EXUP, VIN: JYARN13E95A014353, Defendants | ) | |

AFFIDAVIT

I, Michael P. Iannotti, on oath depose and say:

1. That I am an Assistant United States Attorney for the District of Rhode Island and represent the United States of America herein.

2. That on or about September 21, 2005, the defendant vehicles, one 1998 Jaguar XJ8, VIN: SAJKX6242WC825361 and one 2005 Yamaha EXUP motorcycle, VIN: JYARN13E95A014353, were seized in Providence, Rhode Island, by agents of the Drug Enforcement Administration (DEA) pursuant to a consensual search of 163 Rutherglen Avenue, 1st Floor, Providence, Rhode Island, the residence of Adam White and on May 9, 2006 the within action was commenced with the filing of a Complaint for Forfeiture *In Rem* against the defendant vehicles.

3. That the defaults of Adam White and Lori Pierce have been entered.

4. That notice of this forfeiture action was published in the Providence Journal on June 1, 8, and 15, 2006. (Exhibit One).

5. That no person or entity has filed a claim to the defendant vehicles or attempted to plead or otherwise defend the above-entitled action.

6. That due to the foregoing, the affiant knows of no reason why judgment should not enter forfeiting the defendant vehicles to the plaintiff, the United States of America.

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

Subscribed to and sworn to before me at Providence, Rhode Island this 4th day of January, 2007.

Notary Public

My commission expires: 8/27/09

Case 1:06-cv-00217-T-LDA Document 5 Filed 07/07/2006 Page 1 of 1

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>C.A. No. 06-217S |
| DEFENDANT<br>One 1998 Jaguar XJ8, et al. | TYPE OF PROCESS<br>Notice |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Providence Journal
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Michael P. Iannotti, Assistant U.S. Attorney
United States Attorney's Office
Fleet Center 50 Kennedy Plaza, 8th FL
Providence, RI 02903

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold Fold

advertise Notice of Action and Arrest once a week for three weeks

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Michael P. Iannotti (signature) | ☑ PLAINTIFF ☐ DEFENDANT | 401/709-5000 | 5/16/06 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 70 | No. 70 | Edward Kava (signature) | 5/16/06 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| | |
|---|---|
| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
| Address *(complete only different than shown above)* | Date: 7/7/06   Time: ☐ am ☐ pm |
| | Signature of U.S. Marshal or ~~Deputy~~ (signature) |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed ~~to U.S. Marshal~~* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: ADVERTISED IN PROV. JOURNAL ON 6/8/06; 6/15/06 AND 6/1/06

RECEIVED
2006 MAY 16 P 3:1
U.S. MARSHAL'S OFFICE DISTRICT OF R.I.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

EXHIBIT ONE

ENY Designs LLC: A. Nancy Vayo.
ture Contained, LLC: Mgr.: Roanne Gregory Robbins, 38 Crandall Rd., Tiverton 02878. A: Roanne Grego-Robbins.
al Return. LLC: Mgr.: Russell K. Achzet, 9570 prus Hammock Circle, #202, Bonita Springs, Fla. 135. A: Peter Brent Regan.
ergy Realty, LLC: Mgr.: Connor Dowd, 9 Everett , Newport 02840. A: Peter Brent Regan.
r of Wonder LLC: Mgr.: Alexander Gurevich, 47 arcoal Hill Rd., Westport, Conn. 06880. A: Corp. vice Co.
erian, LLC: A: Paul J. Viveiros.
sprints LLC: A: Christopher Maselli.

| | |
|---|---|
| atinum. N.Y., troy oz. spot price | 1300.00 |
| ercury, 76 lb. flask | 550.00 |
| Steel scrap Pitts/ton | 250.00 |

Exchange Terrace/Cameron & Mittleman, Providence 02903. A: Anthony G. Farina Jr. M.D.
The Cove on Greenwich Bay: I: Kenneth F. Mosher, 226 Freeborn Ave., East Providence 02914. A: Kenneth F. Mosher.
Mill Creek Environmental Consulting: I: Nathan A. Fuller, 289 Camp Ave., North Kingstown 02852. A: Nathan A. Fuller Jr.
Early & Often, Inc.: I: Jonathan Dannenfelser, 46 Nardolillo St., Johnston 02919. A: Habop Jawharjian.
Francois Enterprises: I: Guy C. Francois, 25 Riverview Ave., Pawtucket 02860. A: Christopher F. Depalo.
Custom Tech, LLC: A: James F. Hyman.

Greece, Ireland, Italy, Luxembourg, the Netherlands, Portugal, Spain. Prices as of 5 p.m. from Moneyline Telerate Markets and other sources.

projo.com
RESUME Center
Post your resume NOW!
• Quick • Easy • Confidential
projo Jobs
Go to projoJobs.com

More Legals on Page F6

## LEGAL NOTICES

**NOTICE OF FORFEITURE**
**UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA,
Plaintiff
vs.
ONE 1998 JAGUAR XJ8
VIN: SAJKX624WC825361
and
ONE 2005 YAMAHA, EXUP,
VIN: JYARN13E95A014353,
Defendants
C.A. No. 06-217S

Notice is hereby given that on May 12th, 2006, I arrested One 1998 Jaguar XJ8 VIN: SAJKX624WC825361 and One 2005 Yamaha, EXUP, VIN: JYARN13E95A014353, pursuant to a warrant of arrest issued by the Magistrate Judge of this Court upon the filing of a verified complaint in the above action. Said vehicles were seized on September 21, 2005, at 163 Rutherglen Avenue, 1st Floor, Providence, Rhode Island. Any person having or claiming an interest in or to said property must file a claim with the Clerk of this Court at the United States District Court, Federal Building and U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903, within 30 days of this date, and must file an answer to the complaint herein within 20 days thereafter.

BURTON STALLWOOD
United States Marshal

## LEGAL NOTICES

TO: RICHARD J. ERICKSON

**NOTICE**

A petition has been file asking the Court to put an en to all rights you have to you child, A.E. The Court has se a hearing to consider endin your rights to your child. Tha hearing will be held on **Jun 27, 2006 at 1:30 PM.** If yo do not appear at this hearing the Court may decide that yo are not interested in retainin your rights to your child an your failure to appear may al feel the Court's decision o whether to end your rights t your child. You are warne that even if you fail to appea at the scheduled hearing, th hearing will go on withou you and your rights to you child may be ended by th Court without your being pre sent. You have a right to b represented at the hearing b a lawyer.

**YOU SHOULD TAKI THIS PAPER TO YOUI LAWYER AT ONCE. II YOU DO NOT HAVE A LAWYER OR CANNOI AFFORD ONE, GO TC OR TELEPHONE THI OFFICE SET FORTH BE LOW TO FIND OUT WHERE YOU CAN GE LEGAL HELP.**

Northern Pennsylvania Legal Services, Inc.
507 Linden Street, Suite 300
Scranton, Pennsylvania 18503
570-342-0184

## LEGAL NOTICES

**MORTGAGEE'S SALE**
4 Urquhart Street
West Warwick, Rhode Island

Will be sold at public auction on June 16, 2006, at 10:00 a.m. local time, on the premises, by virtue of the power of sale contained in a mortgage made by DOROTHY L. PIMENTEL, dated April 25, 2005, and recorded in th Records of Land Evidence of the Town of West Warwick, State of Rhode Island, in Book 1589, Page
(401) 861-8293

**MORTGAGEE'S SALE**
20 Algonquin Street
Providence, Rhode Island

Will be sold at public auction on June 23, 2006 at 12:00 p.m. local time, on the premises, by virtue of the power of sale contained in a mortgage made by ONASIS B. MARTINEZ and SANDRA ADORNO, dated February 15, 2005, and recorded in the Records of Land Evidence of the City of Providence, State of Rhode Island, in Book 7111, Page 75, the conditions of said mortgage having been broken:

That certain parcel of land with all buildings and improvements thereon more particularly described in said mortgage deed recorded in said Book 7111 at Page 75.

The above premises will be sold subject to all taxes, assessments and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any easements, restrictions of record, tenancies and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale: deposit of Five Thousand Dollars ($5,000.00) in cash, certified check or bank check at time and place of sale. Other terms and conditions will be announced at the sale.

By order of the holder of the mortgage, who hereby gives notice of intention to bid at said sale or any postponement or adjournment thereof.

PARTRIDGE SNOW & HAHN LLP
Attorneys for Holder of the Mortgage
180 South Main Street
Providence, RI 02903
(401) 861-8293

## LEGAL NOTICES

**CITATION**
STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
OFFICE OF THE CLERK OF THE SUPERIOR COURT
**PETITION TO ESTABLISH TITLE ACQUIRED UNDER RIGL 44-9-36 OR 44-9-38**
PM NO. 06-2511
**TO ALL WHOM IT MAY CONCERN AND TO MANUEL ALVES, JR.,**

on June 15, 2006 at 1:00 PM local time, on the premises, by virtue of the power of sale contained in a certain mortgage given by Joseph M. Yerardi, Sr. aka Joseph M. Yerardi to Washington Mutual Bank, FA, a federal association dated July 16, 2003 and recorded in the Land Evidence Records for the Town of Chepachet, State of Rhode Island in **Book 304 at Page 316,** ET SEQ., the conditions of said mortgage having been broken:

That certain parcel of land, with all the buildings and improvements thereon, more particularly described in deed recorded in said **Book 417 at 129,** ET SEQ.

The above premises will be sold subject to all taxes, assessments, and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any easements, restrictions of record, tenancies, and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale: a deposit of Ten Thousand Dollars ($10,000.00) in cash or certified check or bank check at the time and place of sale. Other terms and conditions to be announced immediately prior to said sale.

By order of the holder of the mortgage, who hereby gives notice of intention to bid at said sale or any postponement or adjournment thereof.

ABLITT & CHARLTON, P.C.
Attorney for the Holder of the Mortgage
92 Montvale Avenue, Suite 2950
Stoneham, Massachusetts 02180
Telephone: (781) 246-8995

## LEGAL NOTICES

**MORTGAGEE'S SALE**
169 Oxford Street
Providence, Rhode Island

Will be sold at public auction on June 23, 2006 at 1:00 p.m. local time on the premises at 169 Oxford Street, Providence, Providence County, Rhode Island, said parcel to be sold by virtue of a power of sale contained in a certain mortgage made and executed by Juan Rodriguez and Juana Rodriguez, which mortgage is dated

**MORTGAGEE'S SALE**
102 Hillside Drive
North Providence,
Rhode Island

Will be sold at public auction on June 16, 2006 at 11:00 a.m. local time, on the premises, by virtue of the power of sale contained in a mortgage made by DANIEL KEOUGH and JEAN KEOUGH, dated July 24, 2003, and recorded in the Records of Land Evidence of the Town of North Providence, State of Rhode Island, in Book 881, Page 91, the conditions of said mortgage having been broken:

That certain parcel of land with all buildings and improvements thereon more particularly described in said mortgage deed recorded in said Book 881 at Page 91.

The above premises will be sold subject to all taxes, assessments and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any easements, restrictions of record, tenancies and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale: deposit of Ten Thousand Dollars ($10,000.00) in cash, certified check or bank check at time and place of sale. Other terms and conditions will be announced at the sale.

By order of the holder of the mortgage, who hereby gives notice of intention to bid at said sale or any postponement or adjournment thereof.

PARTRIDGE SNOW & HAHN LLP
Attorneys for Holder of the Mortgage
180 South Main Street
Providence, RI 02903
(401) 861-8293



For additional information and details on how to place your Classified ad, call 401.277.7730.

## LEGAL NOTICES

### MORTGAGEE'S SALE

20 Algonquin Street
Providence, Rhode Island

Will be sold at public auction on June 23, 2006 at 12:00 p.m. local time, on the pre- parnculariy described in said mortgage deed recorded in said Book 1589 at Page 171.

The above premises will be sold subject to all taxes, assessments and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any easements, restrictions of record, tenancies and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale: deposit of Five Thousand Dollars ($5,000.00) in cash, certified check or bank check at time and place of sale. Other terms and conditions will be announced at the sale.

By order of the holder of the mortgage, who hereby gives notice of intention to bid at said sale or any postponement or adjournment thereof.

PARTRIDGE SNOW & HAHN LLP
Attorneys for Holder of the Mortgage
180 South Main Street
Providence, RI 02903
(401) 861-8293

### MORTGAGEE'S SALE

3 Kepler Street
Providence, Rhode Island

Will be sold at public auction on June 23, 2006 at 11:00 a.m. local time, on the premises, by virtue of the power of sale contained in a mortgage made by GUILLERMO E. SALAZAR and GUISEPPA M. SALAZAR, dated June 20, 2005, and recorded in the Records of Land Evidence of the City of Providence, State of Rhode Island, in Book 7364, Page 146, the conditions of said mortgage having been broken:

That certain parcel of land with all buildings and improvements thereon more particularly described in said mortgage deed recorded in said Book 7364 at Page 146.

The above premises will be sold subject to all taxes, assessments and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any easements, restrictions of record, tenancies and rights of

## LEGAL NOTICES

Tiverton School Department

### Invitation to Bid

Lawn Tractor
And
Heating Boiler for
Nonquit Elementary School

tion can be obtained by contacting Robin M. Reasor, Director of Finance and Administration at 401-624-8475.

For the Collaborative Bid
Robin M. Reasor
Director of Finance and Administration

### NOTICE OF FORFEITURE UNITED STATES DISTRICT COURT DISTIRCT OF RHODE ISLAND

UNITED STATES OF AMERICA,
Plaintiff
vs.
ONE 1998 JAGUAR XJ8
VIN: SAJKX624WC825361
and
ONE 2005 YAMAHA, EXUP,
VIN: JYARN13E95A014353,
Defendants
C.A. No. 06-217S

Notice is hereby given that on May 12th, 2006, I arrested One 1998 Jaguar XJ8 VIN: SAJKX624WC826361 and One 2005 Yamaha, EXUP, VIN: JYARN13E95A014353, pursuant to a warrant of arrest issued by the Magistrate Judge of this Court upon the filing of a verified complaint in the above action. Said vehicles were seized on September 21, 2005, at 163 Rutherglen Avenue, 1st Floor, Providence, Rhode Island. Any person having or claiming an interest in or to said property must file a claim with the Clerk of this Court at the United States District Court, Federal Building and U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903, within 30 days of this date, and must file an answer to the complaint herein within 20 days thereafter.

BURTON STALLWOOD
United States Marshal

TO: RICHARD J. ERICKSON

# General Dynamics

to sell 11 of the 12 Knight Ridder

was bought by Sound Publishing

# Hybrids

*Continued from Page F1*

fit is granted to all of the bank's more than 175,000 employees.

"This is really not intended to get people to go out and buy a new car," Finucane said. "It's to give incentive to those who want to get a new car to buy a hybrid."

The cars that are eligible are the same as those for which the Internal Revenue Service currently offers a credit. That IRS credit goes up to $3,400, depending on the gas mileage of the newly purchased vehicle.

Finucane said the hope is that an additional savings of $3,000, combined with the tax credit, would be enough to bring the often higher price of hybrid cars into line with their exclusively gasoline-powered counterparts.

The bank stressed that this move was only the latest in a series of attempts to decrease the negative environmental impact produced by the bank doing business. Between 2000 and 2005, Bank of America reduced paper usage by 32 percent, even as the bank's customer base grew 24 percent. It has also voluntarily committed to decrease greenhouse gas emissions by 9 percent by 2009.

# Beacon

*Continued from Page F1*

rate reduction since 1998.

The new rate plan comes as state regulators and auditors are conducting an examination of the company, amidst allegations of favoritism in rate setting.

The proposed rate reductions are designed to lower costs for small employers, particularly those policyholders whose annual payments, or "premiums," are less than $10,000, said Beacon's spokesman, Bill Fischer.

If approved, the rate reduction could be effective Sept. 1.

Parent Jr., said yesterday.

"Through dividends, we've been able to give back premiums to the policyholders."

Beacon is the state's dominant workers' compensation insurer and covers about 90 percent of all employers. As a nonprofit mutual insurer, Beacon's policyholders are like shareholders and can receive dividends.

Beacon last year approved $20 million in dividends to policyholders. It was the first such payout since 2001.

Premium income is akin to what retailers report as sales income. Beacon is a nonprofit, so any premium income beyond what's necessary to cove

OTICES

EE'S SALE
as Street
hode Island
public auction
2006 at 11:00
ne. on the pre-
virtue of the
ale contained
age made by
ORDAN, dated
23, 2004, and
the Records of
ence of the
nston, State of
nd, in Book
30, the condi-
aid mortgage
broken:
parcel of land
lings and im-
hereon more
scribed in said
d recorded in
at Page 30.
remises will be
all taxes, as-
other encum-
may constitute
reon, and will
subject to any
trictions of re-
and rights of
unpaid federal
as shall, not-
this provision,
d liens or en-
thereon after

ale: deposit of
and Dollars
cash, certified
check at time
le. Other terms
s will be an-
sale.
f the holder of
, who hereby
intention to bid
any postpone-
nment thereof.
RIDGE SNOW
& HAHN LLP
neys for Holder
of the Mortgage
uth Main Street
dence, RI 02903
(401) 861-8293
ove time and
was continued
06 at 11:00 a.m.
TRIDGE SNOW
& HAHN LLP
neys for Holder
of the Mortgage
uth Main Street
dence, RI 02903
(401) 861-8293

erland
Schools
TE CHANGE
ES FROM
Y OF STATE
E POSTING
ial meeting
scheduled for
June 17, 2006
cancelled.
. Meeting
umberland
Committee
meeting of the
School Commit-
d on Saturday,
16 at 8:30 A.M.
rland Adminis-
ice/Cafetorium,
Road, Cumber-
nda:
Convenes Meet-

f Agenda
2007 Budget Re-
Workshop

Recommenda-

LEGAL NOTICES

MORTGAGEE'S SALE

4 Urquhart Street
West Warwick, Rhode Island
Will be sold at public auction on June 16, 2006, at 10:00 a.m. local time, on the premises, by virtue of the power of sale contained in a mortgage made by DOROTHY L. PIMENTEL, dated April 25, 2005, and recorded in th Records of Land Evidence of the Town of West Warwick, State of Rhode Island, in Book 1589, Page 171, the conditions of said mortgage having been broken:

That certain parcel of land with all buildings and improvements thereon more particularly described in said mortgage deed recorded in said Book 1589 at Page 171.

The above premises will be sold subject to all taxes, assessments and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any easements, restrictions of record, tenancies and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale: deposit of Five Thousand Dollars ($5,000.00) in cash, certified check or bank check at time and place of sale. Other terms and conditions will be announced at the sale.

By order of the holder of the mortgage, who hereby gives notice of intention to bid at said sale or any postponement or adjournment thereof.

PARTRIDGE SNOW
& HAHN LLP
Attorneys for Holder
of the Mortgage
180 South Main Street
Providence, RI 02903
(401) 861-8293

MORTGAGEE'S SALE

3 Kepler Street
Providence, Rhode Island
Will be sold at public auction on June 23, 2006 at 11:00 a.m. local time, on the premises, by virtue of the power of sale contained in a mortgage made by GUILLERMO E. SALAZAR and GUISEPPA M. SALAZAR, dated June 20, 2005, and recorded in the Records of Land Evidence of the City of Providence, State of Rhode Island, in Book 7364, Page 146, the conditions of said mortgage having been broken:

That certain parcel of land with all buildings and improvements thereon more particularly described in said mortgage deed recorded in said Book 7364 at Page 146.

The above premises will be sold subject to all taxes, assessments and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any easements, restrictions of record, tenancies and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

LEGAL NOTICES

NOTICE OF FORFEITURE
UNITED STATES DISTRICT COURT
DISTIRCT OF RHODE ISLAND

UNITED STATES OF AMERICA,
Plaintiff
vs.
ONE 1998 JAGUAR XJ8
VIN: SAJKX624WC825361
and
ONE 2005 YAMAHA, EXUP,
VIN: JYARN13E95A014353,
Defendants
C.A. No. 06-217S

Notice is hereby given that on May 12th, 2006, I arrested One 1998 Jaguar XJ8 VIN: SAJKX624WC825361 and One 2005 Yamaha, EXUP, VIN: JYARN13E95A014353, pursuant to a warrant of arrest issued by the Magistrate Judge of this Court upon the filing of a verified complaint in the above action. Said vehicles were seized on September 21, 2005, at 163 Rutherglen Avenue, 1st Floor, Providence, Rhode Island. Any person having or claiming an interest in or to said property must file a claim with the Clerk of this Court at the United States District Court, Federal Building and U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903, within 30 days of this date, and must file an answer to the complaint herein within 20 days thereafter.

BURTON STALLWOOD
United States Marshal

INVITATION TO BID

Senior Services, Inc., 84 Social Street, Woonsocket, RI will receive bids for Audit of Agency Records for a Three Year Audit with individual year quotes for years 2006 through 2008.

Single Audit in accordance with OMB Circular A 133, including financial, compliance and letter of management; also preparation of Form 990 and 990T for Federal, State and locally funded private non-profit human services agency.

Documents and specifications may be obtained from Director's office at the above address. Sealed bids to be received no later than 2 pm July 14 with bids to be opened and read aloud at that time. Senior Services, Inc. reserves the right to reject any or all bids. Direct inquiries to 401-766-3734 or sr_serv_inc@hotmail.com

Jill Anderson
Executive Director
Senior Services, Inc.

INVITATION TO BID
CARPETING

Bids are solicited for replacement carpeting at the Warwick Public Library. Specifications available from Patti Cahir, Administrative Assistant. (401) 739-5440 x100.

NORTH PROVIDENCE
SCHOOL DEPARTMENT
2240 Mineral Spring Avenue

In-Paper and Online



projoCARS
Partnering with cars.com

• New or used cars

• Local dealer directory