IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>ONE 1998 JAGUAR XJ8<br>VIN: SAJKX624WC825361 and<br>ONE 2005 YAMAHA, EXUP,<br>VIN: JYARN13E95A014353,<br>Defendants | C.A. NO. 06-217T |

ORDER OF JUDGMENT AND DECREE OF FORFEITURE

The defaults of Adam White and Lori Pierce having been entered; and it appearing that no other claim to the defendant vehicles has been filed since said vehicles were seized;

It is hereby

ORDERED, ADJUDGED, and DECREED

That the defendant vehicles, one 1998 Jaguar XJ8, VIN: SAJKX6242WC825361 and one 2005 Yamaha EXUP motorcycle, VIN: JYARN13E95A014353, are forfeited to the plaintiff, the United States of America, and the United States Marshal is authorized to dispose of said vehicles according to law.

BY ORDER:

[signature]

ENTER:

[signature]

ERNEST C. TORRES
United States Senior Judge
2/20/07